Núm. 8337.—Morales & Tió, aplda. *v.* Torres, etc., apltes.—C. D. Mayagüez. ▆▆▆▆ Mayo 6, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción de la demandante y apelada para que se desestime por abandono el recurso; y vista también la certificación expedida por el secretario de la Corte de Distrito de Mayagüez, de la cual consta que la sentencia recurrida fué dictada en 26 de junio de 1940; que el escrito de apelación fué radicado el 25 de julio del mismo año; que en agosto 5, 1940, los apelantes solicitaron la transcripción de evidencia, pidiendo al mismo tiempo que se prorrogase hasta septiembre 25, 1940, el término para radicar la transcripción, lo que le fué concedido; y que desde la fecha en que expiró. dicho término

hasta el presente, los demandados apelantes no han hecho gestión alguna para perfeccionar el recurso por ellos interpuesto;

POR LO TANTO, se declara con lugar la moción y se desestima por abandono el recurso.